■ Anonymous, Appellant, v Gerald R., Defendant, and Michael Z., Respondent. [63 NYS3d 863]—Appeal from so-ordered transcript, Supreme Court, New York County (Anil C. Singh, J.), entered November 27, 2013, which granted defendant Michael Z.'s motion to dismiss the claims against him without prejudice, unanimously dismissed, without costs.

Plaintiff should have appealed from the short-form order served with notice of entry on October 24, 2013 (*see Corteguera v City of New York*, 179 AD2d 362, 363 [1st Dept 1992]), instead of from the so-ordered transcript served with notice of entry on April 26, 2016. Concur—Friedman, J.P., Gische, Kapnick and Kahn, JJ.